absence of which no question is presented for review.

The judgment of the trial court is therefore affirmed.

## HALL v. STATE.
### No. 23826.

Court of Criminal Appeals of Texas.

Dec. 3, 1947.

## BARTLIFF v. STATE.
### No. 23838.

Court of Criminal Appeals of Texas.

Dec. 10, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the offense of murder without malice. The penalty assessed is confinement in the state penitentiary for a period of four years.

The indictment and all other matters of procedure appear to be in regular form. The record is before us without a statement of facts and bills of exception, in the

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant entered a plea of guilty before the court to a charge of driving while intoxicated an automobile upon a public highway in Hidalgo County, and was fined $150.

The record is before us without a statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.